## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
### Eastern Division

Syed A Ali

                                        Plaintiff,

v.                                                      Case No.:
                                                        1:15−cv−06178
                                                        Honorable Sharon
                                                        Johnson Coleman

Portfolio Recovery Associates, LLC, et al.

                                        Defendant.

_____

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, October 4, 2018:

        MINUTE entry before the Honorable Sharon Johnson Coleman: On defendants' own motion, the status hearing set for 10/26/2018 is stricken and reset to 11/13/2018 at 9:00 AM. Mailed notice. (ym, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.