**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| SYED A. ALI, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> PORTFOLIO RECOVERY ASSOCIATES, ) <br> LLC, and BLITT & GAINES, P.C., and ) <br> FREEDMAN ANSELMO LINDBERG, LLC ) <br> n/k/a ANSELMO LINDBERG OLIVER, ) <br> LLC, ) <br> ) <br> Defendants. ) | Case No. 1:15-cv-06178 <br><br> Judge Sharon Johnson Coleman <br><br> Magistrate Judge Daniel G. Martin |
| YASMEEN ALI, as natural parent and best ) <br> friend of SHA, a minor, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> PORTFOLIO RECOVERY ASSOCIATES, ) <br> LLC and SANJAY S. JUTLA, and KEVIN J. ) <br> EGAN, ) <br> ) <br> Defendants, ) | Case no: 15-cv-11582 |
| SYED A. ALI, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> PORTFOLIO RECOVERY ASSOCIATES, ) <br> LLC and KEVIN J. EGAN, ) <br> ) <br> Defendants, ) | Case No. 16-cv-03872 |

| | |
|---|---|
| SYED A. ALI )<br>)<br>      Plaintiff, )<br>)<br>  v. )<br>)<br>PORTFOLIO RECOVERY ASSOCIATES, )<br>LLC )<br>)<br>      Defendants, )<br>) | Case No. 1:16-cv-01581 |

### DEFENDANT FREEDMAN ANSELMO LINDBERG, LLC N/K/A ANSELMO LINDBERG OLIVER, LLC'S MOTION FOR ENTRY OF BILL OF COSTS

Defendant, FREEDMAN ANSELMO LINDBERG, LLC n/k/a ANSELMO LINDBERG OLIVER, LLC ("Defendant"), by and through its attorneys, David M. Schultz, Justin M. Penn, and Joseph D. Kern of Hinshaw & Culbertson LLP, respectfully requests that the Court enter the Bill of Costs it filed on October 9, 2018 (Dkt. 255) and/or instruct the Clerk of the Court to do so. In support, Defendant states as follows:

      1.      On April 24, 2017, Defendant filed a motion for summary judgment as to the sole claim asserted against it in this matter (Dkt. 177).

      2.      The Court granted Defendant's motion in its entirety on September 30, 2018, concluding this matter as to Defendant (Dkt. 252 and 268). The claims against the co-defendants remained pending.

      3.      As the prevailing party on the claims against it, Defendant timely filed a Bill of Costs on October 9, 2018 seeking a total of $3,561.87 (Dkt. 255). Defendant attached supporting documentation to its Bill of Costs reflecting the recoverable costs it incurred in defending this matter (Dkt. 255). There does not appear to be a separate judgment entered on the claims ruled upon in the Defendant's motion for summary judgment.

4. To date, the Bill of Costs has not been entered, perhaps because other claims between the plaintiffs and co-defendants remained pending and no separate judgment was entered.

5. The plaintiffs and co-defendants recently resolved all remaining claims between them.

6. As such, Defendant understands this case is now fully resolved in its entirety and that no claims remain in dispute.

7. Defendant requests that its Bill of Costs filed at Docket No. 255 be entered.

WHEREFORE, and for the above reasons, Defendant respectfully requests that the Court enter the Bill of Costs it filed on October 9, 2018 (Dkt. 255) and/or instruct the Clerk of the Court to do so.

Respectfully submitted,

FREEDMAN ANSELMO LINDBERG, LLC
N/K/A ANSELMO LINDBERG OLIVER, LLC

*/s/ Joseph D. Kern*
Joseph D. kern

David M. Schultz
Justin M. Penn
Joseph D. Kern
Hinshaw & Culbertson LLP
151 N. Franklin Street, Suite 2500
Chicago, IL 60606
Telephone: 312-704-3000
Facsimile: 312-704-3001
dschultz@hinshawlaw.com
jpenn@hinshawlaw.com
jkern@hinshawlaw.com

303122876v1 0978224

## **CERTIFICATE OF SERVICE**

      I, Joseph D. Kern, an attorney, certify that on January 24, 2019, caused to be served a copy of the foregoing **DEFENDANT FREEDMAN ANSELMO LINDBERG, LLC N/K/A ANSELMO LINDBERG OLIVER, LLC'S MOTION FOR ENTRY OF BILL OF COSTS** by: depositing same in the U.S. Mail box at 151 North Franklin Street, Chicago, Illinois 60606, prior to 5:00 p.m., postage prepaid; messenger delivery; UPS; facsimile transmitted from (312) 704-3001; email; or electronically via the Case Management/Electronic Case Filing system ("ECF"), as indicated below.

☒ ECF
☐ Facsimile
☐ UPS
☐ U.S. Mail
☐ E-Mail
☐ Messenger Delivery

To: All Parties of Record

                                                      */s/ Joseph D. Kern*
                                                      Joseph D. Kern

303122876v1 0978224